UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FORTIS CORPORATE INSURANCE a/s/o
MITTAL STEEL,

                Plaintiff,

-against-

M/V "ZIEMIA GORNOSLASKA", her engines,
boilers, etc., QUEBEC STEVEDORING
COMPANY LTD., POLISH STEAMSHIP
COMPANY and GRAZIER TRANSPORT
LIMITED,

                Defendants.
------------------------------------------------------------x

Case No.: 07 Civ. 6455 (RMB)(DFE)

**NOTICE AND ORDER OF**
**PARTIAL DISCONTINUANCE**

PLEASE TAKE NOTICE that the above captioned matter is hereby discontinued as against defendants M/V "ZIEMIA GORNOSLASKA", her engines, boilers, etc. and POLISH STEAMSHIP COMPANY, only, pursuant to Fed. R. Civ. P. Rule 41(a)(1) without prejudice.

Yours, etc.,

NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiff

By: _____
Lawrence C. Glynn (LG 6431)
Wall Street Plaza
88 Pine Street
New York, New York
(212) 220-3830
NH&S File No.: 65000773 LCG/MCL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07

Dated: New York, New York
       August 7, 2007

SO ORDERED:

_____ U.S.D.J.
Richard M. Berman

To:

Polish Steamship Company
Polska Xegluga Morska
Pl. Rodla 8, 70-419 Szczecin
POLAND