| UNITED STATES DISTRICT COURT |
| SOUTHERN DISTRICT OF NEW YORK |
| |
| FORTIS CORPORATE INSURANCE a/s/o MITTAL STEEL, |
| Plaintiff, |
| against |
| M/V "ZIEMIA GORNOSLASKA", her engines, boilers, etc., QUEBEC STEVEDORING COMPANY LTD., POLISH STEAMSHIP COMPANY and GRAZIER TRANSPORT LIMITED, |
| Defendants. |

## AFFIDAVIT OF SERVICE

**I,** Rob Gignac of the City of Cambridge, in the Regional Municipality of Waterloo

**MAKE OATH AND SAY:**

1. **On** Monday, August 13, 2007 **at** 11:17 a.m.

**I served** Grazier Transport Limited

**with the** Summons in a Civil Action, Verified Complaint, Statement Pursuant to Rule 7.1, Individual Practices of Hon. Richard M. Berman, Individual Practices of Magistrate Judge Eaton

**by leaving a copy with** Andy Grazier, Office Manager and who appeared to be in the control or management of the place of business at the time of service

at 350 Sheldon Drive, Cambridge, Ontario

2. **I was able to identify the person by means of** verbal identification.

**SWORN BEFORE ME at the** City of            )
Kitchener, in the Regional                     )
Municipality of Waterloo, this                 )
14th day of August, 2007.                      )

_____            _____
A Notary Public in and for the Province of Ontario            Rob Gignac