# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FORTIS CORPORATE INSURANCE a/s/o
MITTAL STEEL,

                Plaintiff,

- against -

M/V "ZIEMIA GORNOSLASKA" her engines,
boilers, etc., QUEBEC STEVEDORING
COMPANY LTD., POLISH STEAMSHIP
COMPANY and GRAZIER TRANSPORT
LIMITED.,

                Defendants.
------------------------------------------------------------X

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV     (    )

ECF CASE

**07 CIV 6455**

Judge Berman

TO:

Quebec Stevedoring Company Ltd.
961, boul, Champlain, C.P. 1502, Quebec (Quebec) G1K 7H6
CANADA

Polish Steamship Company
Polska Zegluga Morska,
Pl. Rodla 8, 70-419 Szczecin
POLAND

Grazier Transport Limited
350 Sheldon Drive
Cambridge, Ontario
N1T 1A9 CANADA

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
(FILE NO.: 65000773LCG)

an answer to the complaint which is herewith served upon you, within (thirty) 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON                 JUL 1 6 2007

CLERK                                                 DATE

*/s/ Marcos Quintero*

BY DEPUTY CLERK