UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FORTIS CORPORATE INSURANCE, a/s/o
MITTAL STEEL,

                       Plaintiff,                    07 Civ. 6455 (RMB)

          -against-                    **ORDER OF DISCONTINUANCE**

M/V "ZIEMIA GORNOSLASKA", QUEBEC
STEVEDORING COMPANY LTD., POLISH
STEAMSHIP COMPANY and GRAZIER
TRANSPORT LIMITED,

                       Defendants.
-----------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

      Based on the plaintiff having notified the Court that it has voluntarily discontinued this action, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED.**

Dated: New York, New York
       August 27, 2007

*/s/ Richard M. Berman*
_____
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07